SOUTH AMERICAN GOLD & PLATINUM COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 187, Docket 20859.

Circuit Court of Appeals, Second Circuit.

May 24, 1948.

Edgar J. Goodrich, Edward First, and Lipman Redman, all of Washington, D. C., for South American Gold & Platinum Company, petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, Robert N. Anderson, and Louise Foster, Sp. Assts. to Atty. Gen., for Commissioner of Internal Revenue, respondent.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court, 8 T.C. 1297.

WHITE STAR TRUCKING COMPANY, Appellant, v. Anthony V. LOMELO, Appellee (two cases).

Nos. 10607, 10609.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1948.

John H. McNeal, Harley J. McNeal and Burgess, Fulton & Fullmer, all of Cleveland, Ohio, for appellant.

Donald Gottwald and Gottwald, Hershey & Hatch, all of Akron, Ohio, for appellees.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.